

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00357-CV

| | | |
|---|---|---|
| Granite Re Inc. | § | From the 355th District Court |
| | § | of Hood County (C2014036) |
| v. | | |
| | § | April 23, 2015 |
| Jay Mills Contracting Inc. | § | Opinion by Justice Gabriel |

## JUDGMENT ON REHEARING

After reviewing appellant Granite Re Inc.'s motion for rehearing, we deny the motion. We withdraw our March 26, 2015 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Granite Re Inc.'s motion to compel arbitration is reversed and the case is remanded to the trial court for entry of an order compelling the parties' dispute to arbitration under the terms of the arbitration clause.

It is further ordered that Appellee Jay Mills Contracting Inc. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel